UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| EDWARD J. HIESHETTER, JR. et al., | ) | Civil No.06cv2144-LAB (NLS) |
| | ) | |
| Plaintiffs, | ) | **NOTICE AND ORDER VACATING** |
| v. | ) | **EARLY NEUTRAL EVALUATION** |
| | ) | **CONFERENCE AND SETTING** |
| BUSINESS PROPERTIES, et al., | ) | ***TELEPHONIC* SETTLEMENT** |
| | ) | **DISPOSITION CONFERENCE** |
| Defendants. | ) | |
| | ) | |

An Early Neutral Evaluation conference ("ENE") is scheduled in the above-captioned matter on February 22, 2007. On January 26, 2007, counsel for the parties advised the Court that an amicable settlement has been reached. Accordingly, the ENE is hereby **VACATED** and a *telephonic* Settlement Disposition Conference will be held on *__March 9, 2007__* at *__10:00 a.m.__* before Magistrate Judge Stormes. Plaintiff's counsel shall initiate the conference call. The *telephonic* Settlement Disposition Conference will be taken off calendar if a signed stipulation for dismissal of this case is filed prior to the date of the conference call.

**IT IS SO ORDERED**.

DATED: January 26, 2007

_____
Hon. Nita L. Stormes
U.S. Magistrate Judge