UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR. et al., ) | Civil No.06cv2144-LAB (NLS) |
| Plaintiffs, ) | **ORDER ASSESSING SANCTIONS** |
| v. ) | **AGAINST DEFENSE COUNSEL** |
| BUSINESS PROPERTIES, et al., ) | |
| Defendants. ) | |

An in person Settlement Disposition Conference ("SDC") was scheduled in the above-captioned matter on April 18, 2007 at 9:00 a.m. before this Court. Dismissal papers were not filed prior to the date of the conference, and in violation of this Court's March 23, 2007 Notice and Order setting the conference [Doc. No. 7], counsel for both parties failed to appear. Accordingly, the Court issued a Notice and Order setting a Show Cause Hearing Re: Sanctions for May 4, 2007 at 9:30 a.m. [Doc. No. 8]. Counsel were instructed in the Court's order to appear in person for the hearing, as well as to submit declarations on or before April 27, 2007 outlining any potential justification for their failure to abide by the Court's previous order. On April 27, 2007, Plaintiff's counsel, Theodore A. Pinnock, filed a declaration in compliance with the Court's order [Doc. No. 10]. Defense counsel, Michael G. Roddy, did not file a declaration.

On May 4, 2007, Mr. Pinnock appeared on time for the 9:30 a.m. Show Cause Hearing. The Court convened the hearing at approximately 9:45 a.m., after waiting fifteen minutes for Mr. Roddy to appear. Mr. Roddy failed to appear for the hearing. During the hearing, Mr. Pinnock took personal

1  responsibility for failing to appear at the April 18, 2007 in person SDC.  The Court also notes that Mr.
2  Pinnock appears to have taken primary responsibility for ensuring that the parties' joint motion to
3  dismiss this action with prejudice was filed prior to the Show Cause Hearing [Doc. No. 9].
4       Accordingly, good cause appearing, **IT IS HEREBY ORDERED THAT <u>no sanctions be
5  assessed against Plaintiff's counsel Theodore A. Pinnock</u>** for failing to appear at the April 18, 2007 in
6  person SDC.
7       **IT IS FURTHER ORDERED THAT <u>sanctions in the amount of $500 are assessed against
8  Michael G. Roddy</u>** for failure to appear as ordered by the Court at the April 18, 2007 in person SDC as
9  well as the May 4, 2007 Show Cause Hearing.  Mr. Roddy shall pay the $500 in sanctions to the Clerk
10 of this Court on or before ***June 1, 2007***.  If Mr. Roddy fails to pay the sanctions in a timely manner, this
11 Court may recommend that the presiding District Judge find him in contempt of court.
12      **IT IS SO ORDERED**.
13 DATED:  May 4, 2007

                                                                   Hon. Nita L. Stormes
                                                                   U.S. Magistrate Judge