1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR. an individual; and TERRA HIESHETTER, an individual, | CASE NO. 06cv2144-LAB (NLS) |
| | **ORDER OF DISMISSAL** |
| Plaintiff, | [Dkt No. 9] |
| vs. | |
| BUSINESS PROPERTIES, PIZZA & FUN, and DOES 1 through 10, inclusive, | |
| Defendants. | |

11
12
13
14
15
16
17
18

   Pursuant to the parties' Joint Motion To Dismiss, **IT IS HEREBY ORDERED** the Complaint is dismissed in its entirety as to all claims and all parties, with prejudice.

   **IT IS SO ORDERED**.

DATED:  May 9, 2007

*Larry A. Burns*

**HONORABLE LARRY ALAN BURNS**
United States District Judge

19
20
21
22
23
24
25
26
27
28