UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD J. HIESHETTER, JR. et al., ) | Civil No.06cv2144-LAB (NLS) |
| ) | |
| Plaintiffs, ) | **ORDER WITHDRAWING MONETARY** |
| v. ) | **SANCTION** |
| ) | |
| BUSINESS PROPERTIES, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

On May 18, 2007, defense counsel Michael G. Roddy filed a Declaration [Doc. No. 15] in response to this Court's May 17, 2007 Order granting Defendant Business Properties' *Ex Parte* Application for Reconsideration of the Court's previous order assessing monetary sanctions against him [Doc. No. 14]. In that order, the Court stated it would withdraw the $500 monetary sanction assessed against Mr. Roddy if he filed a Declaration assuring the Court that he had re-familiarized himself with the Civil Local Rules of this Court and Rule 41 of the Federal Rules of Civil Procedure, reviewed the Court orders that gave rise to the sanctions assessment, and confirming that he understands his obligation to appear before the Court when ordered to do so. Mr. Roddy's Declaration states that he has reviewed these documents, and has complied fully with the Court's May 17, 2007 Order. Accordingly, the Court **WITHDRAWS** the $500 monetary sanction previously assessed against Mr. Roddy.

**IT IS SO ORDERED**.

DATED: May 22, 2007

Hon. Nita L. Stormes
U.S. Magistrate Judge